UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABDELRAHMAN YAAKOUB**, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 21-cv-1689 (TSC) |
| **DISTRICT OF COLUMBIA**, | ) |
| Defendant. | ) |

**PROVISIONAL ORDER DISMISSING CASE DUE TO SETTLEMENT**

On September 10, 2021, the parties in this matter filed a joint notice informing the Court that they have reached a settlement. ECF No. 13. Upon receipt of notice that a matter has settled, it is the practice of this Court to issue a provisional order of dismissal that permits the parties to reopen the matter if the settlement is not consummated. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED** without prejudice. If settlement is not consummated, either party may reopen the action until **December 10. 2021**, upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the case shall, without further order, stand dismissed <u>with</u> prejudice.

Date: September 14, 2021

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge